BEFORE THE THIRD DIVISION, JUNE 20, 1951

**No. 55688.**—McKesson & Robbins, Inc. *v.* United States, protest 121109–K (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.